**No. 53082.**—American Express Co. et al. *v.* United States, protests 38993–K/ 89548, etc. (Chicago).

Opinion by Ekwall, J.   It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142).   In accordance therewith it was held that the currency of the invoices should be converted at the buying-rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries.   The protests were sustained to this extent.

**No. 53083.**—Artistic Foundations, Inc., et al. *v.* United States, protests 77050–K, etc. (New York).

Opinion by Ekwall, J.   It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142).   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved.   The protests were sustained to this extent.

**No. 53084.**—Julien Giguet, Inc., et al. *v.* United States, protests 96747–K, etc. (New York).

Opinion by Ekwall, J.   In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441), the merchandise in question was held not subject to countervailing duty.

**No. 53085.**—Merchants & Manufacturers Exchange of New York *v.* United States, protest 144664–K (New York).

Opinion by Ekwall, J.   An examination of the record disclosing nothing to warrant the court in disturbing the finding of the collector, which was presumptively correct, the protest was overruled.